**Robert Nelson HOWELL, Petitioner–Appellant,**

v.

**UNITED STATES PENITENTIARY ATWATER; Rios, Warden, Respondents–Appellees.**

No. 09–17131.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2011.*

Filed March 24, 2011.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument.

Robert Nelson Howell, Forrest City, AR, pro se.

Jesse Gonzalez, USPA–U.S. Penitentiary, Atwater, CA, Mark J. McKeon, Esquire, Assistant U.S. Attorney, USF–Office of the U.S. Attorney, Fresno, CA, for Respondents–Appellees.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM ***

Federal prisoner Robert Nelson Howell appeals pro se from the district court's order denying his 28 U.S.C. § 2241 habeas petition. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Howell contends that his due process rights were violated because the Disciplinary Hearing Officer (DHO) who imposed the sanctions at his disciplinary hearing was not qualified to do so.

Even assuming this claim is properly before this court, it fails on the merits. Howell has failed to support his claim or otherwise demonstrate that the DHO's handling of the disciplinary hearing violated due process. *See Superintendent v. Hill,* 472 U.S. 445, 454–455, 105 S.Ct. 2768, 86 L.Ed.2d 356 (1985).

**AFFIRMED.**

*See* Fed. R. App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.